UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:23-CR-00217-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **PATRICK GILL (01)** | **MAGISTRATE JUDGE KAY** |

## MEMORANDUM ORDER

Before the court is a Motion for Early Termination of Supervised Release [doc. 2], filed by defendant Patrick Gill. Mr. Enloe was convicted in the Northern District of Indiana on June 23, 2022, of one count of transfer of obscene materials to minors. *United States v. Gill*, No. 2:21-cr-106 (N.D. Ind. Jan. 12, 2023), at doc. 23. He was sentenced to a term of imprisonment of one year and one day, to be followed by a two-year period of supervised release. *Id.* at docs. 58, 59. His supervision commenced on July 28, 2023, and was transferred to this jurisdiction one month later. *Id.* at doc. 62.

Mr. Gill now moves for early termination of his period of supervised release. Doc. 2. In that motion he expresses remorse for his offense and asserts that he has grown since that time and complied with the conditions of his supervision. *Id.* He also mentions a recent promotion at work and a desire to travel. *Id.* The court has consulted with the supervising United States Probation Officer for this division and the United States Attorney's Office for this district. Both oppose the motion.

The court has broad discretion to grant an early termination, after the defendant has served at least one year of his supervised release, if the relief is warranted by the defendant's conduct and the interests of justice and consistent with the factors set forth in 18 U.S.C. § 3553(a). *United States v. Jeanes*, 150 F.3d 483, 484 (5th Cir. 1998). Mr. Gill's post-release conduct has been commendable, but "[a] defendant's faithful compliance with the terms of his supervision does not, by itself, entitle him to modification or termination of his supervised release." *United States v. Jimenez*, 2012 WL 3854785, at *1 (S.D.N.Y. Sept. 5, 2012). Instead, "such conduct is expected and required." *United States v. Guidry*, 2020 WL 908542, at *1 (N.D. Tex. Feb. 13, 2020). Mr. Gill received only a short period of supervised release, which will end in less than a year. Additionally, his underlying conviction involved inappropriate conduct with minors. Given this history, the court is not satisfied that the public safety, deterrence, and rehabilitation aims of 18 U.S.C. § 3553(a) can be met by such an abbreviated period of supervision. Accordingly, **IT IS ORDERED** that the Motion for Early Termination [doc. 2] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 22nd day of October, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**